**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **RONNY LEE THOMAS** | **CIVIL ACTION NO. 22-6232** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE S. MAURICE HICKS, JR.** |
| **TONY R. MOORE, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, [1] and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Ronny Lee Thomas's claims are **DISMISSED WITH PREJUDICE** as duplicative, frivolous, and malicious.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 17th day of April, 2023.

JUDGE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that on the same day the Report and Recommendation was issued, Plaintiff filed a Response in Support of his Complaint. See Record Document 5. While the Court does not construe this filing as written objections, the Court nonetheless reviewed the arguments contained therein. Having considered this, the Court finds that the arguments presented do not change the Court's analysis or findings contained in the Report and Recommendation.